CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 19 2005

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

ROBERT G. BREWER, Executor of the Estate )
of JOLLY MAE DILLON, )
                                                                    ) Civil Action No. 4:02CV00083

     Plaintiff, )

v. ) **FINAL JUDGMENT AND ORDER**

JO ANNE B. BARNHART, )
Commissioner of Social Security, )   By:  Honorable Glen E. Conrad
                                                  )         United States District Judge

     Defendant. )

For reasons stated in a memorandum opinion filed this day, it is now

ADJUDGED AND ORDERED

as follows:

1. Defendant's motion for summary judgment shall be and hereby is DENIED;

2. The final decision of the Commissioner is REVERSED and judgment is hereby entered in favor of plaintiff; and

3. The case is recommitted to the Commissioner for the determination and award of appropriate back benefits.

The Clerk is directed to send certified copies of this judgment and order to all counsel of record.

ENTER: This 19th day of September, 2005.

                                                       /s/ Glen E. Conrad
                                                 UNITED STATES DISTRICT JUDGE